## CONSENT TO SUE UNDER
## THE FAIR LABOR STANDARDS ACT

I, _Chia Hao Lin_, am an individual formerly employed by _World Journal LLC, et al_ (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: _[signature: Chia-Hao Lin]_

Name: Chia Hao Lin

Dated as of _8-20-14_