UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CHIA HAO LIN,
*on behalf of himself, FLSA Collective Plaintiff
and Class members,*

                              Plaintiff,

       -against-

WORLD JOURNAL, LLC., and JOHN DOE
CORPORATION,

                              Defendant

Civ. No.: 14-cv-5655
(MKB)

------------------------------------------------------------x

## STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendant World Journal, LLC to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including November 24, 2014. There has been no previous request for an extension of the current putative deadline of November 3, 2014.

IT IS FURTHER STIPULATED AND AGREED, that Defendant agrees to (i) consent to the jurisdiction of the Court, and (ii) accept service of the Complaint and any amended Complaint authorized by the Court, and waives all defenses relating to invalid service of process.

By: _____  
Noel P. Tripp, Esq.

JACKSON LEWIS P.C.  
58 S. Service Road, Suite 250  
Melville, New York 11747  
Telephone: (631) 247-0404  
Fax: (631) 247-0417  
*ATTORNEYS FOR DEFENDANT*

By: _____  
C.K. Lee, Esq.

LEE LITIGATION GROUP, PLLC  
30 East 39th Street, 2nd Floor  
New York, New York 10016  
Telephone: (212) 465-1188  
Fax: (212) 465-1181  
*ATTORNEYS FOR PLAINTIFF*

SO ORDERED on this ___ day of October, 2014

_____  
United States District Judge

4843-9670-1728, v. 1

2